# EXHIBIT B

# Exhibit B. CyboEnergy Patent-489 Claim Chart vs. Generac

Patent-489: "Maximizing Power Production at Low Sunlight by Solar Power Mini-Inverters "

## A. Claim Chart of CyboEnergy US Patent No. 9,331,489, Claim 14, 15, 16

| Independent Claim | Generac Solar Power Inverters |
|---|---|
| 14. An m-channel solar power inverter, comprising:<br><br>a) at least two DC input channels, each of which comprises a DC-DC boost converter, measurement circuits, supporting circuits, and cables and connectors to connect to a solar panel; | Generac Power Systems, Inc. and its affiliated companies (collectively, "Generac") make, use, offer for sale, sell, market, distribute, and support solar power inverters. The accused Generac inverters include PWRmicro microinverter PM-820 as shown below. [1] [2][3][4]<br><br><br><br><br>The Generac PWRmicro Installation Manual [2] identifies the PWRmicro as a "2:1 microinverter" having "two DC inputs." It further states that up to two PV modules may be connected to each PWRmicro microinverter. The installation instructions also show DC cables and connectors used to connect the respective PV modules to those inputs. [2]<br><br><br><br><br>The Generac PWRmicro receives DC power from each solar panel over an MPPT voltage range of 31V to 42.5V DC and produces a 240V AC output. A 240V AC output has a peak voltage of approximately 339V and therefore requires an internal DC voltage substantially higher than the PV input voltage, typically about 340V DC or higher, before inversion to AC. Accordingly, the DC voltage from each input channel must be increased before being converted |

<table>
<tr>
<td></td>
<td>into the 240V AC output.<br><br>Reference [4], shown below, identifies "Dual MPPT Inputs" as a key feature of the Generac 820W PWRmicro PM 820 inverter and further states that the two inputs are "individually optimized." This independently corroborates the disclosures in References [1] and [2] that each input channel has its own MPPT function. Because each input channel operates independently over an MPPT voltage range of 31V to 42.5V DC while producing a 240V AC output, each input channel necessarily comprises an independently controlled DC-DC boost converter, together with voltage and current measurement circuits, control and supporting circuits, and cables and connectors for connection to a respective solar panel.<br><br>
</td>
</tr>
<tr>
<td>b) an AC power output port arranged to supply AC power to an electric grid;</td>
<td>As shown in Figure 2-4 of the Generac PWRmicro Installation Manual [2], each Generac PWRmicro microinverter has an AC power output port arranged to supply AC power to an electric grid.<br><br>

<br>Figure 2-4. PWRmicro System Example<br>
<table>
<tr><td>A</td><td>PV Modules</td><td>D</td><td>Junction Box</td><td>F</td><td>Main Panel</td></tr>
<tr><td>B</td><td>PWRmicro Inverters</td><td>E</td><td>Smart Combiner</td><td>G</td><td>Utility Meter</td></tr>
<tr><td>C</td><td>Modular Trunk Cables</td><td></td><td></td><td></td><td></td></tr>
</table></td>
</tr>
</table>

<table>
<tr>
<td>c) a DC power combiner connected to said DC-DC boost converters for combining the DC output from all DC-DC boost converters;</td>
<td>A Generac PWRmicro microinverter includes two DC input channels, each having its own MPPT function. The DC output from the two DC-DC boost converters is combined before inversion to the 240V AC output. Accordingly, the PWRmicro includes a DC power combiner connected to the two DC-DC boost converters for combining the DC output from the two DC-DC boost converters. [1] [2]</td>
</tr>
<tr>
<td>d) a digital microcontroller connected to said DC-DC boost converters, arranged to measure input voltage and current to calculate DC input power for each channel, and constructed to run the power inverter in normal or low power mode based on calculated DC input power;</td>
<td>Reference [1] shows that the Generac inverter includes Maximum Power Point Tracking (MPPT) functionality and multiple input channels. MPPT requires continuous measurement of the input voltage and current and calculation of the DC input power for each channel. This functionality is performed by a digital microcontroller connected to the power conversion circuitry.<br><br>
PWRmicro PM-820 Specifications<br>
Ordering Part #: APKEPM820
<table>
<tr><th colspan="2">INPUT DATA (DC)</th></tr>
<tr><td>Recommended Input Power (STC)</td><td>Up to 500W per DC input</td></tr>
<tr><td>Maximum DC Input Voltage</td><td>70V</td></tr>
<tr><td>MPPT Voltage Tracking Range</td><td>31 – 42.5V</td></tr>
<tr><td>Operating Range</td><td>24 – 65V</td></tr>
<tr><td>Min./Max. Start Voltage</td><td>22.5 – 51V</td></tr>
<tr><td>Max. Input DC Short-Circuit Current</td><td>21A</td></tr>
<tr><td>Max. Module $I_{sc}$</td><td>18A</td></tr>
<tr><td>Ground Fault Protection</td><td>Transformer isolated 2000 $V_{rms}$ input/output/chassis</td></tr>
</table>


<br>
The following figure illustrates the I-V curve of a solar panel, where the maximum power Pmax is achieved when the inverter pulls power from a solar panel at the condition where voltage V=Vmpp and current I=Impp. Accordingly, Pmax = Vmpp x Impp.<br>


<br>
From the power curve (red), the maximum power point is at the peak of the curve. The inverter continuously searches for and tracks the maximum power point in real time to maximize power production.</td>
</tr>
</table>

| | |
|---|---|
| | The MPPT function described in Reference [1] operates dynamically based on the available DC input power of each input channel. Accordingly, the Generac PWRmicro includes a digital microcontroller connected to the DC-DC boost converters, arranged to measure the input voltage and current to calculate the DC input power for each channel, and constructed to operate the power inverter based on the calculated DC input power. This corresponds to operating the power inverter in normal or low power mode based on the calculated DC input power. |
| e) a DC power supply connected to all input channels through the DC power combiner, arranged to supply DC power to electronic circuits of the power inverter, and configured to take DC power from a dedicated input channel and its connected solar panel when the digital microcontroller detects that the calculated input power is below a pre-determined value. | The Generac PWRmicro microinverter includes internal electronic circuits that require DC power for operation, as reflected by the MPPT and control functions described in References [1] and [2]. Accordingly, the PWRmicro includes a DC power supply connected to all input channels through the DC power combiner and arranged to supply DC power to the electronic circuits of the power inverter.<br><br>References [1] and [2] further indicate that the inverter operates under varying solar irradiance and input power conditions. The MPPT function continuously measures the available DC input power for each input channel, and the digital microcontroller adjusts the inverter operation based on the calculated DC input power.<br><br>The claimed benefit of providing MPPT for each solar panel or input channel is to maximize the available power from each connected solar panel. As the available solar power decreases, such as during shading or near sunset, the digital microcontroller can continue to operate the inverter based on the calculated DC input power while maximizing the available power production from the connected solar panels. This corresponds to supplying DC power to the electronic circuits from a dedicated input channel when the calculated DC input power falls below a predetermined value. [1] [2]<br><br>As an example, consider a dual channel microinverter connected to two solar panels. Under normal sunlight conditions, both solar panels generate sufficient power and both input channels can participate in AC power generation. Under low sunlight conditions, such as heavy shading or near sunset, the available power from one solar panel may become insufficient to sustain both AC power generation and the internal electronic circuits. In that situation, dedicating one input channel to supplying DC power to the internal electronic circuits enables the inverter to remain operational while the remaining input channel continues generating AC power. This operating strategy allows the inverter to continue producing power under low sunlight conditions instead of shutting down due to insufficient internal operating power. |
| | |
| **Dependent Claims** | |
| 15. The m-channel solar power inverter of Claim 14, in which output of the said m-channel solar power inverter is single- | From Ref [1][2], the output of the m-channel Generac inverters is single-phase AC or three-phase AC. |

<table>
<tr>
<td>phase AC or three-phase AC.</td>
<td>

**PWRmicro PM-820 Specifications**

Ordering Part #: APKEPM820

<table>
<tr><th>INPUT DATA (DC)</th><th></th></tr>
<tr><td>Recommended Input Power (STC)</td><td>Up to 500W per DC input</td></tr>
<tr><td>Maximum DC Input Voltage</td><td>70V</td></tr>
<tr><td>MPPT Voltage Tracking Range</td><td>31 – 42.5V</td></tr>
<tr><td>Operating Range</td><td>24 – 65V</td></tr>
<tr><td>Min./Max. Start Voltage</td><td>22.5 – 51V</td></tr>
<tr><td>Max. Input DC Short-Circuit Current</td><td>21A</td></tr>
<tr><td>Max. Module $I_{sc}$</td><td>18A</td></tr>
<tr><td>Ground Fault Protection</td><td>Transformer isolated 2000 $V_{rms}$ input/output/chassis</td></tr>
</table>




<table>
<tr><th>OUTPUT DATA (AC)</th><th>@ 240V</th><th>@ 208V[1]</th></tr>
<tr><td>Max. Continuous Output Power</td><td>820VA</td><td>820VA</td></tr>
<tr><td>Max. Continuous Output Current</td><td>3.42A</td><td>3.94A</td></tr>
<tr><td>Nominal Output Voltage / Range</td><td>240 / 211 – 264V</td><td>208 / 183 – 229V</td></tr>
<tr><td>Nominal Frequency</td><td>60Hz</td><td>60Hz</td></tr>
<tr><td>Power Factor (Programmable)</td><td>-0.9 to 0.9</td><td>-0.9 to 0.9</td></tr>
<tr><td>Maximum Units Per 30 A Branch Circuit</td><td>7 (14 modules)</td><td>6 (12 modules)</td></tr>
<tr><td>Total Harmonic Distortion</td><td>< 5%</td><td>< 5%</td></tr>
<tr><td>Maximum Output Overcurrent Protection</td><td>30A Fuse</td><td>30A Fuse</td></tr>
</table>

</td>
</tr>
<tr>
<td>16. The m-channel solar power inverter of Claim 14, in which the said m-channel solar power inverter sends AC power to an electrical grid or provides AC power to an AC load.</td>
<td>

An m-channel Generac power inverter sends AC power to an electrical grid as shown in Ref [2].




*Figure 2-4. PWRmicro System Example*

<table>
<tr><td>A</td><td>PV Modules</td><td>D</td><td>Junction Box</td><td>F</td><td>Main Panel</td></tr>
<tr><td>B</td><td>PWRmicro Inverters</td><td>E</td><td>Smart Combiner</td><td>G</td><td>Utility Meter</td></tr>
<tr><td>C</td><td>Modular Trunk Cables</td><td></td><td></td><td></td><td></td></tr>
</table>

</td>
</tr>
</table>

**Key Words**

PV – Photovoltaic.

PV Modules – Photovoltaic Modules or Solar Panels.

DC – Direct Current.

AC – Alternating Current.

DC Source – DC power source that includes but is not limited to photovoltaic (PV) solar modules, fuel cells, batteries, and other DC power generators.

Grid – Electric Grid or Power Grid.

On-Grid, Grid-Tie, or Grid-Interactive – A DC to AC power conversion or inversion system such as a solar power system that provides or feeds generated power to the electric grid.

MPPT - Maximum Power Point Tracking.

**References**

[1] Generac Solar Microinverter Specification Sheet.

https://www.generac.com/globalassets/residential/dealers--installers/generac-installer-programs/solar--battery-installer-support/pwrmicro_specsheet.pdf

[2] Generac Installation Manual - PWRmicro and Smart Combiner.

https://www.generac.com/globalassets/residential/dealers--installers/generac-installer-programs/solar--battery-installer-support/pwrmicro_installationmanual_english_a0008718926.pdf

[3] Generac Introduces PWRmicro, an Innovative Microinverter, Designed to Provide Greater Homeowner Savings Through Higher Energy Yield – News Release.

https://www.generac.com/about/news/generac-introduces-pwrmicro-an-innovative-microinverter-designed-to-provide-greater-homeowner-savings-through-higher-energy-yield/

[4] US Solar Supplier Website Screen Print of Generac PWRmicro Microinverter.

https://ussolarsupplier.com/products/generac-820w-pwrmicro-pm-820-micro-inverter-apkepm820

**Company and Address**

Generac Power Systems, Inc.
S45 W29290 Highway 59
Waukesha, WI 53189 USA