# EXHIBIT D

# Exhibit D. CyboEnergy Patent-488 Claim Chart vs. Generac

Patent-488: “Enclosure and Message System of Smart and Scalable Power Inverters"

## B. Claim Chart of CyboEnergy US Patent No. 9,331,488, Claim 16

| Independent Claim | Generac Solar Power Inverters |
|---|---|
| 16. A method for indicating status, comprising:<br><br>monitoring the status of a power inverter having multiple DC input channels and monitoring each of the input channels; | Generac Power Systems, Inc. and its affiliated companies (collectively, "Generac") make, use, offer for sale, sell, market, distribute, and support solar power inverters. The accused Generac inverters include PWRmicro microinverter PM-820 as shown below. [1] [2][3][4]<br><br>The Generac PWRmicro Installation Manual [2] identifies the PWRmicro as a "2:1 microinverter" having "two DC inputs." It further states that up to two PV modules may be connected to each PWRmicro microinverter. The installation instructions also show DC cables and connectors used to connect the respective PV modules to those inputs. [2]<br> |
| and actuating LEDs (light-emitting diodes) based on the monitoring, wherein a system status LED is controlled and arranged to indicate that | As shown in Figure 2-1 of the Generac PWRmicro Installation Manual [2], each Generac PWRmicro microinverter has a Status LED (light-emitting diode) to monitor the status of the inverter. |

<table>
<tr>
<td>
a) the inverter is working;<br><br>
b) the inverter is working but has warnings;<br><br>
c) the inverter has errors;<br><br>
d) the AC grid has errors; and<br><br>
e) the inverter is off.
</td>
<td>




***Figure 2-1. PWRmicro Component Locations***

<table>
<tr><td>A</td><td>QR Code for Device ID</td></tr>
<tr><td>B</td><td>AC Output</td></tr>
<tr><td>C</td><td>Key Slot for Mounting</td></tr>
<tr><td>D</td><td>DC Inputs</td></tr>
<tr><td>E</td><td>Status LED</td></tr>
<tr><td>F</td><td>Hole for Cable Management</td></tr>
</table>

Reference [2] states: “As soon as PV modules are connected to a PWRmicro inverter and exposed to sunlight, the green LED on the right side of PWRmicro will indicate microinverter status. See Table 4-5. The PWRmicro LED will blink at different intervals to indicate a specific status.”

</td>
</tr>
</table>

| | |
|---|---|
| | **Table 4-5. PWRmicro LED Patterns**<br><br>**Interval** / **Description**<br>Continuous blinking / DC connected, AC open[1]<br>1 blink every 16 seconds / Normal operation, inverter bound to Smart Combiner<br>1 blink every 8 seconds / Normal operation, inverter not bound to Smart Combiner<br>2 blinks every 4 seconds / Inverter phase-locked to grid, no export, no errors<br>3 blinks every 4 seconds / Inverter phase-locked to grid, Smart Combiner in reset<br>4 blinks every 4 seconds / Error: grid voltage out of range<br>5 blinks every 4 seconds / Error: DC voltage out of range<br>8 blinks every 4 seconds / Error: harmonic distortion<br><br>[1] If continuously blinking after AC applied, internal fuses may be open. Contact Generac Clean Energy Technical Support.<br><br>These instructions show that the Generac PWRmicro microinverter performs:<br><br>monitoring the status of a power inverter having multiple DC input channels and monitoring each of the input channels; and actuating LEDs (light-emitting diodes) based on the monitoring, wherein a system status LED is controlled and arranged to indicate that:<br><br>a) the inverter is working, (represented by 1 blink every 16 seconds);<br><br>b) the inverter is working but has warnings, (1 blink every 8 seconds);<br><br>c) the inverter has errors, (5 blinks every 4 seconds or 8 blinks every 4 seconds);<br><br>d) the AC grid has errors, (Continuously blinking or 4 blinks every 4 seconds); and<br><br>e) the inverter is off, (LED is not flashing or not on). |

**Key Words**

LED - Light-Emitting Diodes.

PV – Photovoltaic.

PV Modules – Photovoltaic Modules or Solar Panels.

DC – Direct Current.

AC – Alternating Current.

DC Source – DC power source that includes but is not limited to photovoltaic (PV) solar modules, fuel cells, batteries, and other DC power generators.

Grid – Electric Grid or Power Grid.

On-Grid, Grid-Tie, or Grid-Interactive – A DC to AC power conversion or inversion system such as a solar power system that provides or feeds generated power to the electric grid.

**References**

[1] Generac Solar Microinverter Specification Sheet.

https://www.generac.com/globalassets/residential/dealers--installers/generac-installer-programs/solar--battery-installer-support/pwrmicro_specsheet.pdf

[2] Generac Installation Manual - PWRmicro and Smart Combiner.

https://www.generac.com/globalassets/residential/dealers--installers/generac-installer-programs/solar--battery-installer-support/pwrmicro_installationmanual_english_a0008718926.pdf

[3] Generac Introduces PWRmicro, an Innovative Microinverter, Designed to Provide Greater Homeowner Savings Through Higher Energy Yield – News Release.

https://www.generac.com/about/news/generac-introduces-pwrmicro-an-innovative-microinverter-designed-to-provide-greater-homeowner-savings-through-higher-energy-yield/

[4] US Solar Supplier Website Screen Print of Generac PWRmicro Microinverter.

https://ussolarsupplier.com/products/generac-820w-pwrmicro-pm-820-micro-inverter-apkepm820

**Company and Address**

Generac Power Systems, Inc.
S45 W29290 Highway 59
Waukesha, WI 53189 USA